No. 81–2372. DELESDERNIER v. PORTERIE ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–2374. FERGUSON v. UNION MUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA. C. A. 8th Cir. Certiorari denied.

No. 81–2378. YACHTS AMERICA, INC., ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–2379. PROCTOR ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2380. PENNAVARIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–2387. RESTAURANT EMPLOYEES, BARTENDERS & HOTEL SERVICE EMPLOYEES WELFARE AND PENSION TRUST ET AL. v. GATEWAY CAFE, INC., ET AL. Sup. Ct. Wash. Certiorari denied.

No. 81–2392. PHILLIPS PETROLEUM CO. v. SAUCEDO. C. A. 5th Cir. Certiorari denied.

No. 81–2393. MUNOZ v. DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–2396. BENJAMIN v. UNITED STATES;
No. 82–5228. FEENEY v. UNITED STATES; and
No. 82–5252. ROSTEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 675 F. 2d 46.